UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROSENBLATT,<br><br>    Plaintiff,<br><br>v.<br><br>CAVIUM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-00300-JSW<br><br>**ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed his complaint in this case on January 12, 2018. Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that serve be made within a specified time." The deadline for Plaintiff to serve the Defendants under Rule 4(m) was April 12, 2018, and there is no indication in the record that Defendants have been served.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to comply with Rule 4(m). Plaintiff's response to this Order to Show Cause shall be due by no later than April 23, 2018. In light of this Order to Show Cause, the Court CONTINUES the case management conference schedule for April 20, 2018 to May 25, 2018 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: April 13, 2018

_____
JEFFREY S. WHITE
United States District Judge